1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOVEON SURGERY CENTER, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY, a Connecticut Corporation DBA Cigna; CONNECTICUT GENERAL LIFE INSURANCE COMPANY, a Connecticut Corporation; EMBASSY OF THE STATE OF KUWAIT, an Entity Representing the Government of the State of Kuwait in the United States; KUWAIT CULTURAL OFFICE, a Specialized Agency of the Government of the State of Kuwait; and DOES 1 THROUGH 10 Inclusive,<br>         Defendants. | Case No. 2:20-cv-11760 SB (JCx)<br>*Hon. Stanley Blumenfeld, Jr. presiding;*<br>*Hon. Jacqueline Chooljian, referral*<br><br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff NOVEON SURGERY CENTER, INC. and Defendants CIGNA HEALTH AND LIFE INSURANCE COMPANY, CONNECTICUT GENERAL LIFE INSURANCE COMPANY, EMBASSY OF THE STATE OF KUWAIT, and KUWAIT CULTURAL

1

OFFICE, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

**SO ORDERED:**

DATED: September 27, 2022

By: _____
Stanley Blumenfeld, Jr.
United States District Judge